THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACK CARLTON CRAMER,

             Appellant,

    v.

EDMUND J. WOOD,

             Appellee.

CASE NO. C20-0820-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to consolidate cases on appeal (Dkt. No. 6). The parties stipulate to the consolidation of *In re Carlton Cramer, Jr.*, Case No. C20-0820-JCC (W.D. Wash. 2020) and *In re Carlton Cramer, Jr.*, Case No. C20-0821-JCC (W.D. Wash. 2020), two appeals from the parties' proceedings before the Western District of Washington Bankruptcy Court. (*See generally id.*) As the appeals involve common parties, subject matter, and questions of law and fact, the Court finds that consolidation is appropriate. *See* Fed. R. Civ. P. 42(a); *Alley v. Chrysler Credit Corp.*, 767 F.2d 138, 140 (5th Cir. 1985); *Southwest Marine, Inc. v. Triple A Mach. Shop., Inc.*, 720 F. Supp. 805, 807 (N.D. Cal 1989).

Accordingly, the parties' stipulated motion to consolidate (Dkt. No. 6) is GRANTED. The Court hereby ORDERS that Case Numbers C20-0820-JCC and C20-0821-JCC be

1  consolidated for all purposes. All future pleadings in these actions shall bear the Case Number

2  C20-0820-JCC.

3        DATED this 3rd day of June 2020.

4                                              William M. McCool

5                                              Clerk of Court

6                                              s/Tomas Hernandez

7                                              Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26